| | |
|---|---|
| CLEMENTE M. JIMÉNEZ, SBN 207136<br>428 J Street, Suite 355<br>Sacramento, CA 95814<br>(916) 443-8055<br><br>Attorney for Defendant<br>PABLO CASTRO MARRON | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PABLO CASTRO MARRON,<br><br>    Defendant. | Case No.: 95-235 EJG<br><br>STIPULATION AND ORDER VACATING TRIAL DATES, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  January 6, 2012<br>TIME:  10:00 a.m.<br>JUDGE:  Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between Assistant United States Attorneys William Wong and Todd Pickles, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant PABLO CASTRO MARRON, that the trial confirmation hearing scheduled for January 6, 2012, at 10:00 a.m., and the trial scheduled to commence on January 23, at 9:00 a.m., be vacated. The defense has filed a Motion to Dismiss the Indictment. The parties propose the following dates: Defense motion to be filed by January 3, 2012; the government's response to be filed by January 27, 2012; defense reply to be filed by January 31, 2012; and the matter set for a non-evidentiary hearing on February 10, 2012, at 10:00 a.m. Based on the outcome of the motion, the parties can select future dates as necessary.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

(Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:    January 5, 2012            /S/    William Wong_____
                                            WILLIAM WONG
                                            Attorney for Plaintiff

                                     /S/    Todd Pickles_____
                                            TODD PICKLES
                                            Attorney for Plaintiff

                                     /S/    Clemente M. Jiménez_____
                                            CLEMENTE M. JIMÉNEZ
                                            Attorney for Pablo Castro Marron

# ORDER

IT IS SO ORDERED, that the trial confirmation hearing in the above-entitled matter, scheduled for January 6, 2012, at 10:00 a.m., and the trial scheduled to commence on January 23, 2012, at 9:00 a.m., be vacated and the matter set for a non-evidentiary hearing on the defense's motion to dismiss the indictment on February 10, 2012, at 10:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through February 10, 2012 in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 5th day of January, 2012

                                                 /s/ Edward J. Garcia
                                                 HON. Edward J. Garcia
                                                 United States District Judge