CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
PABLO CASTRO MARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 95-235 EJG |
| Plaintiff, | STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND HEARING |
| v. | DATE: February 24, 2012 |
| PABLO CASTRO MARRON, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between Assistant United States Attorneys William Wong and Todd Pickles, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant PABLO CASTRO MARRON, that the presently set briefing schedule and hearing on the defendant's motion to dismiss the indictment be modified as follows:

The government's response to the defendant's motion to be filed by February 24, 2012; defendant's reply to be filed by March 2, 2012; and the matter set for a non-evidentiary hearing on March 16, 2012, at 10:00 a.m. Based on the outcome of the motion, the parties can select future dates as necessary.

The parties' attempts to resolve this matter are ongoing. In the absence of resolution, defense counsel will require time to respond to the government's reply brief.

Further, defense counsel will be unavailable for the presently scheduled hearing date due to an out of town professional seminar scheduled on that day.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:        February 9, 2012        /S/    William Wong_____
                                                      WILLIAM WONG
                                                      Attorney for Plaintiff

                                              /S/    Todd Pickles_____
                                                      TODD PICKLES
                                                      Attorney for Plaintiff

                                              /S/    Clemente M. Jiménez_____
                                                      CLEMENTE M. JIMÉNEZ
                                                      Attorney for Pablo Castro Marron

**O RDER**

IT IS SO ORDERED, that the revised law and motion schedule be adopted.  The Court finds that time under the Speedy Trial Act shall be excluded through March 16, 2012 in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 9TH day of February, 2012

                                              /s/ Edward J. Garcia
                                              United States District Judge

CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
PABLO CASTRO MARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 95-235 EJG |
| Plaintiff, | STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE AND HEARING |
| v. | DATE: February 24, 2012 |
| PABLO CASTRO MARRON, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between Assistant United States Attorneys William Wong and Todd Pickles, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant PABLO CASTRO MARRON, that the presently set briefing schedule and hearing on the defendant's motion to dismiss the indictment be modified as follows:

The government's response to the defendant's motion to be filed by February 24, 2012; defendant's reply to be filed by March 2, 2012; and the matter set for a non-evidentiary hearing on March 16, 2012, at 10:00 a.m. Based on the outcome of the motion, the parties can select future dates as necessary.

The parties' attempts to resolve this matter are ongoing. In the absence of resolution, defense counsel will require time to respond to the government's reply brief.

Further, defense counsel will be unavailable for the presently scheduled hearing date due to an out of town professional seminar scheduled on that day.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:        February 9, 2012        /S/      William Wong_____
                                      WILLIAM WONG
                                      Attorney for Plaintiff


                                      /S/      Todd Pickles_____
                                      TODD PICKLES
                                      Attorney for Plaintiff


                                      /S/      Clemente M. Jiménez_____
                                      CLEMENTE M. JIMÉNEZ
                                      Attorney for Pablo Castro Marron

**O RDER**

IT IS SO ORDERED, that the revised law and motion schedule be adopted.  The Court finds that time under the Speedy Trial Act shall be excluded through March 16, 2012 in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 9TH day of February, 2012


                                      /s/ Edward J. Garcia
                                      United States District Judge